**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2182**

MARITZA MACOL MARTINEZ-RAPALO,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: March 8, 2019                                    Decided: March 19, 2019

Before WILKINSON and KEENAN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Maritza Macol Martinez-Rapalo, Petitioner Pro Se.  Don George Scroggin, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maritza Macol Martinez-Rapalo, a native and citizen of Honduras, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion to reopen as untimely and numerically barred. We have reviewed the administrative record and the Board's order and conclude that the Board did not abuse its discretion in denying the motion. *See* 8 C.F.R. § 1003.2(c)(2) (2018). We therefore deny the petition for review for the reasons stated by the Board. *See In re Martinez-Rapalo* (B.I.A. Sept. 17, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*